1  Danny J. Horen, Esq.
2  NV Bar No. 13153
   Kazerouni Law Group, APC
3  7854 W. Sahara Avenue
4  Las Vegas, NV 89117
   Telephone: (800) 400-6808x7
5  Facsimile: (800) 520-5523
6  danny@kazlg.com

7  *Attorneys for Plaintiff*

8
                    **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**
10

11 | **CATHERINE J. GRIGOR,** | |
12 | | **Case No.:** 2:15-cv-00870-JAD-GWF |
   | Plaintiff, | |
13 | | **STIPULATION AND ORDER DISMISSING** |
   | v. | **CLAIMS AGAINST EXPERIAN** |
14 | | **INFORMATION SOLUTIONS, INC.** |
15 | **SYNCHRONY BANK and** | |
   | **EXPERIAN INFORMATION** | |
16 | **SOLUTIONS, INC.,** | |
17 | Defendants. | |
18

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff CATHERINE J. GRIGOR ("Plaintiff"), and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), having reached settlement, stipulate to dismiss **Experian** from the above-captioned matter, **with prejudice** as to the Plaintiff's claims against Experian. Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 7, 2015

| KAZEROUNI LAW GROUP | JONES DAY |
|---|---|
| /s/ Danny J. Horen _____ | /s/ Alyssa Staudinger |
| Danny Horen, Esq. | Alyssa Staudinger, Esq. |
| 7854 W. Sahara Avenue | 3161 Michelson Drive, Suite 800 |
| Las Vegas, NV 89117 | Irvine, CA 92612 |
| 800-400-6808 | 949.553.7523 |
| Email: danny@kazlg.com | Email: astaudinger@jonesday.com |
| Attorney for Plaintiff | Attorney for Experian |

ORDER

In accordance with Local Rule 7-1(c), the court treats this stipulation [ECF 12] between two of the three parties to this case as a joint motion to dismiss the claims against Experian Information Solutions, Inc., finds good cause, and **hereby ORDERS that all claims against Experian are dismissed with prejudice**, each party to bear its own fees and costs.

_____
Jennifer Dorsey
United States District Judge
November 9, 2015