David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Michael Kind, Esq.
NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE J. GRIGOR,<br><br>        Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No.: 2:15-cv-00870-JAD-GWF<br><br>**STIPULATION OF DISMISSAL OF SYNCHRONY BANK** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff CATHERINE J. GRIGOR ("Plaintiff") and Defendant SYNCHRONY BANK ("SYNCHRONY"), having reached settlement, stipulate to dismiss SYNCHRONY from the above-captioned matter with

1  prejudice as to Plaintiff's claims against SYNCHRONY. Each party will bear its own costs,

2  disbursements, and attorney fees.

3  Dated: December 11, 2015

4

5  BY: /S/   Michael Kind                             BY: /S/      Matthew Knepper
      Michael Kind, Esq.                                    Matthew Knepper, Esq.
      7854 W. Sahara Avenue                            1160 Town Center Drive, Ste. 330
6      Las Vegas, NV 89117                                  Las Vegas, NV 89144
      Phone: (800) 400-6808 x7                         702.634.5000
7      FAX: (800) 520-5523                                   Email:matthew.knepper@akerman.com
      mkind@kazlg.com                                     *Attorney for SYNCHRONY BANK*
8      *Attorney for Plaintiff*

9

**ORDER**

10

11  Based on the parties' stipulation [ECF 15, 17], good cause appearing, and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all remaining claims are DISMISSED WITH PREJUDICE, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

12

13

14

15

16

17

18  _____
    UNITED STATES DISTRICT JUDGE

19      12/11/15
    DATED _____
20

21

22

23

STIP. TO DISMISS                                                                                                 2:15-cv-00870-JAD-GWF